# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134604

E.T. MACKENZIE COMPANY and
KEYSTONE DESIGN GROUP,
          Plaintiffs-Appellees,
v

LONG INVESTMENT COMPANY, LTD.,
LONG INVESTMENT COMPANY, L.L.C.,
LONG INVESTMENT, INC., NBD BANK
CORPORATION, EQUITY FUNDING, INC.,
SOIL & MATERIALS ENGINEERS, INC., GE
APPLIANCES DIVISION, GENERAL ELECTRIC
COMPANY, MID-AMERICA TILE, INC.,
LANSING CLARION LIMITED PARTNERSHIP,
MICHAEL D. DUDLEY, ROBERT C. LECY,
GREGORY E. MAYVILLE, JAMES A. JARVIS,
ANN O. JARVIS, MARGARET E. JACOBS,
MICHAEL PANEK, GORDON L. LONG,
LILLIAN G. LONG, and ANTHONY A.
PARADISE TRUST & EXECUTIVE
COMMONS, L.L.C.,
          Defendants,
and

COUNTRYWIDE HOME LOANS, INC.,
          Defendant-Appellant,
and

RUSSELL HINKLE,
          Defendant-Appellee.
_____/

SC: 134604
COA: 265811
Ingham CC: 03-000272-CK

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the June 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

t1022